IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAUL KNOX #20050008507,           )
                                  )
                Plaintiff,        )
                                  )
        v.                        )   No.  05 C 1268
                                  )
MADONNA PEALS, et al.,            )
                                  )
                Defendants.       )

## MEMORANDUM ORDER

Paul Knox ("Knox") has submitted a pro se Complaint against Madonna Peals and other defendants, using the form of 42 U.S.C. §1983 ("Section 1983") Complaint provided by this District Court's Clerk's Office for persons in custody (Knox is presently held at the Cook County Department of Corrections ("County Jail")). Although Knox has accompanied his Complaint with a filled-out form of In Forma Pauperis Application and Financial Affidavit ("Application"), its accompanying printout of transactions in his trust fund account at the County Jail covers only the period from February 8 through February 23, 2005.

It is unclear whether the period involved in that printout covers Knox's entire stay at the County Jail (the Certificate from the County Jail person in charge of the matter, which forms part of the Application, reflects an average monthly deposit of $15 "during the past six months," and that figure is obviously difficult to derive from a period of 15 days during which the total deposits to the account actually aggregated $30). This

Court therefore needs further information in that respect in order to carry out its responsibilities under 28 U.S.C. §1915 ("Section 1915").

In the meantime, however, Knox is granted leave to proceed without the full prepayment of the $250 filing fee (see Section 1915(a)(1)), although a determination of the required initial partial filing fee payment under Section 1915(b)(1) must await receipt of further information from Knox or from the County Jail person in charge. As Knox's filing acknowledges, he will be liable for payment of the entire $250 filing fee in installments.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 8, 2005